IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Sherry W. Moore, as Personal Representative of the Estate of Grady Hill, | ) ) ) | C.A. No. 6:09-1259-HMH |
| Plaintiff, | ) ) ) | **OPINION & ORDER** |
| vs. | ) ) | |
| Oakmont-West – Greenville SC, LLC d/b/a Oakmont West Nursing Center; 4033 HCR Properties – Oakmont West – Greenville SC, LLC; HCR ManorCare; HCR Manor Care Services, Inc.; HCRC, Inc.; Health Care and Retirement Corporation of America; and Manor Care, Inc., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Defendant Oakmont-West – Greenville SC, LLC d/b/a Oakmont West Nursing Center ("Oakmont-West") is hereby ordered to inform the court of the citizenship of all members of HCR III Healthcare, LLC for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). Oakmont-West is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
June 2, 2009